# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BROWN & BORELLI, INC., | ) |
|          Plaintiff, | ) |
| -vs- | ) Case No. CIV-19-368-F |
| NEWFIELD EXPLORATION MID-CONTINENT, INC. and ENCANA OIL & GAS (USA) INC., | ) |
|          Defendants. | ) |

## ORDER

Defendants' Motion to Dismiss (doc. no. 6) was filed on May 1, 2019. Pursuant to LCvR7.1(g), plaintiff's response to the motion was due by May 22, 2019. No response to the motion has been filed. Although the court has discretion under LCvR 7.1(g) to deem the motion confessed, the court declines to do so at this time. Instead, the court *sua sponte* **GRANTS** plaintiff until **May 29, 2019** to file a response to defendants' motion. If plaintiff fails to respond by May 29, 2019, the court shall deem the motion confessed and proceed with adjudicating the confessed motion without further notice to plaintiff.

IT IS SO ORDERED this 23rd day of May, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0368p002.docx